# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RADCLIFF, individually and on behalf of others similarly situated and aggrieved,<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO GAS & ELECTRIC COMPANY, a California corporation; SEMPRA ENERGY, a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 20-cv-1555-H-MSB<br><br>**ORDER GRANTING JOINT MOTION TO STAY**<br><br>[Doc. No. 46.] |

On February 27, 2020, Plaintiff David Radcliff filed a proposed class action complaint against Defendants San Diego Gas & Electric Company and Sempra Energy in the Superior Court of the State of California, County of San Diego. (Doc. No. 1-2.) On August 11, 2020, Defendants removed the case to this Court. (Doc. No. 1.) On September 25, 2020, Defendants moved to compel arbitration of Plaintiff's claims. (Doc. No. 7.) The Court granted this motion on November 2, 2020. (Doc. No. 20.) As a result, the only claim still before the Court is Plaintiff's claim for penalties under the California Private Attorneys General Act ("PAGA"). (Id.)

On January 13, 2022, the parties jointly moved to stay this case pending a forthcoming decision by the United States Supreme Court. (Doc. No. 46.) On December 15, 2021, the Supreme Court granted review of Moriana v. Viking River Cruises, Inc., Cal. App. Case No. B297327 from the California Court of Appeal. (Id.) The Supreme Court agreed to decide the enforceability of arbitration agreements that prohibit an employee from serving as a representative in a PAGA action. (Id.) A decision is expected during the Supreme Court's current term. (Id.) The parties state that a stay will benefit the Court and the parties by avoiding the unnecessary expenditure of resources.

For good cause shown, the Court grants the parties' motion for a stay of the action until the earlier of August 1, 2022 or the date the Supreme Court issues a decision in Moriana or otherwise disposes of that case. See Lockyer v. Mirant Corp., 398 F.3d 1098, 1109 (9th Cir. 2005); Leyva v. Certified Grocers of Cal., Ltd., 593 F.2d 857, 863-64 (9th Cir. 1979). Accordingly, the Court vacates all pending pre-trial dates and deadlines. The case management conference that is currently scheduled for May 10, 2022 is continued until August 8, 2022 at 10:30 a.m. The Court may schedule an earlier status conference if the Supreme Court resolves Moriana prior to August 1, 2022.

**IT IS SO ORDERED.**

DATED: February 3, 2022

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT