1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

DAVID RADCLIFF, individually and on behalf of others similarly situated and aggrieved,

Plaintiff,

v.

SAN DIEGO GAS & ELECTRIC COMPANY, a California corporation; SEMPRA ENERGY, a California corporation; and DOES 1 through 50, inclusive,

Defendants.

Case No.:  20-cv-1555-H-MSB

**ORDER PENDING MANDATE HEARING**

On November 20, 2023, the United States Court of Appeals for the Ninth Circuit reversed this Court's decision to dismiss Plaintiff David Radcliff's ("Plaintiff") representative[1] claim for penalties under the California Private Attorneys General Act

---

[1] For the purposes of this order, the Court uses the term "individual" PAGA claims to mean claims that are premised on California Labor Code violations "actually sustained by the plaintiff" and "representative" PAGA claims to mean those claims "arising out of events involving other employees." See Viking River Cruises, Inc. v. Moriana, 142 S.Ct. 1906, 1916 (2022).

1

1  ("PAGA") and remanded the case to this Court "for proceedings consistent with the parties'

2  joint motion."  (Doc. No. 63.)

3          The Court issues this Order pending the forthcoming Ninth Circuit mandate and

4  subsequent mandate hearing to be held in this Court.  Pursuant to the Ninth Circuit's

5  instructions and the parties' joint motion, the Court (1) reinstates Plaintiff's representative

6  PAGA claim[2]; (2) orders the parties to arbitrate Plaintiff's individual PAGA claim; and (3)

7  stays the representative PAGA claim pending the outcome of the arbitration of all of

8  Plaintiff's individual claims.  Joint Stipulation and Proposed Order at 3, David Radcliff v.

9  San Diego Gas & Electric Company; Sempra Energy, No. 22-55940 (9th Cir. 2023) (Doc.

10  No. 34); see also Adolph v. Uber Technologies, Inc., 14 Cal.5th 1104 (2023); Rocha v. U-

11  Haul of California, 88 Cal.App.5th 65, 77-78 (2023).  The Court will schedule a telephonic

12  status conference once the Ninth Circuit issues its mandate.

13          **IT IS SO ORDERED.**

14  DATED:      November 28, 2023

15

16                                                                         MARILYN L. HUFF, Senior District Judge
                                                                           UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28  [2] Plaintiff's PAGA claim is the eleventh cause of action in his Complaint.  (Doc. No. 1-2; Compl. ¶¶ 68-71.)

2